1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KIMBERLY ANN SPEIGHT,              No.  2:17-cv-01120 CKD

12                  Plaintiff,

13          v.                          ORDER

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                    Defendant.
16

17

18          The administrative transcript in this action was filed December 4, 2017.  Under the

19   scheduling order filed June 22, 2017, plaintiff was directed to file a motion for summary

20   judgment and/or remand within 45 days of being served with a copy of the administrative record.

21   Plaintiff was granted an extension of time until March 4, 2018 to file a motion for summary

22   judgment or remand.  That time has now expired, and plaintiff has failed to comply with the

23   court's scheduling orders.

24   ////

25   ////

26   ////

27   ////

28   ////

1    Good cause appearing, IT IS HEREBY ORDERED that: Within twenty days from the
2 date this order is filed, plaintiff shall file a motion for summary judgment and/or remand. Failure
3 to comply with this order may result in this action be dismissed.
4 Dated: March 13, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

11   2 / speight1120.osc