Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KIMBERLY ANN SPEIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant | Case No: 2:17-cv-01120-CKD<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br>[Fed.R.Civ.P. 6] |

WHEREAS, Counsel of Record Robert C. Weems requires additional time to draft a motion for summary judgment;

WHEREAS, the parties initiated discussion for extension of time about a supplemental certified administrative record and for an additional time for filing a motion for summary judgment thereafter due to the filing deadline of April 30, 2018; and,

WHEREAS, an additional extension of 45 days is appropriate to determine whether Defendant will file a supplemental administrative record, Plaintiff's motion for summary judgment until June 14, 2018 is required and is not requested for an improper

1

Stipulation and Order

purpose. See, FRCP 11; *Unioil, Inc. v. E.F. Hutton & Co.*, 809 F.2d 548, 558 (9th Cir.1986).

    NOW, WHEREFORE, the Parties agree good cause exists for and, subject to the Court's approval, stipulate to an extension of time for Defendant to determine whether she will file a supplemental administrative and Plaintiff to draft and file his motion for summary judgment in this action. The revised due date for the filing of the motion for summary judgment is June 14, 2018. This is the Plaintiff's second request for additional time.

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | MCGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration<br>ASIM MODI<br>Special Assistant United States Attorney |
| /s/Robert C. Weems<br>Robert C. Weems, Attorney for Plaintiff | By: /s/ Asim Modi<br>Asim Modi<br>Special Assistant United States Attorney and Attorney for the Defendant (per e-mail) |

Dated: May 3, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2

Stipulation and Order

DECLARATION OF CONCURRENCE OF SIGNATURE

GENERAL ORDER 45, X

I, Robert C. Weems, hereby declare and attest that concurrence in the filing of the document has been obtained from each of the other signatories, or from the single signatory (in the case, e.g., of a declaration) whose signature is indicated by the notation " /s/ [name of signatory]."[1]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Robert C. Weems<br>Robert C. Weems

---

[1] The filer shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any) unless filer has attached a scanned image of the signature page(s) of the document being electronically filed in lieu of maintaining the paper record for subsequent production if required.

Stipulation and Order