1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KIMBERLY ANN SPEIGHT,                    No.  2:17-cv-01120 CKD

12                    Plaintiff,

13         v.                                  ORDER

14    COMMISSIONER OF SOCIAL
      SECURITY,
15
                      Defendant.
16

17

18         Plaintiff initiated this action on May 26, 2017.  The administrative transcript was filed

19   December 4, 2017.  Under the scheduling order filed June 22, 2017, plaintiff was directed to file a

20   motion for summary judgment and/or remand within 45 days of being served with a copy of the

21   administrative record.  Plaintiff was granted an extension of time until March 4, 2018 to file a

22   motion for summary judgment or remand.  When plaintiff failed to meet this deadline, the court

23   issued an order to show cause why the case should not be dismissed and sanctioned plaintiff's

24   counsel in the amount of $150.00.

25         On May 3, 2018, pursuant to the parties' stipulation, the court ordered that "[t]he revised

26   due date for the filing of [plaintiff's] motion for summary judgment is June 14, 2018."  Defendant

27   filed a supplemental administrative transcript on May 9, 2018.  However, more than one month

28   after the revised deadline, plaintiff has not filed her motion.  Plaintiff's disregard of the revised

                                                  1

deadline, necessitating a second order to show cause, constitutes a waste of judicial resources.

Good cause appearing, IT IS HEREBY ORDERED that: No later than fourteen (14) days from the date of this order, plaintiff shall file a motion for summary judgment and/or remand. No further extensions of time will be granted, and failure to comply with this order will result in this action being dismissed.

DATED: July 19, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2 / stephens1514.osc2