MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: asim.modi@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| KIMBERLY ANN SPEIGHT, | Case No.: 2:17-cv-1120-CKD |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her summary judgment motion with the Court by **35 days** to **October 9, 2018**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly. This is Defendant's first request for an extension of time in this matter and she requests it in good faith and without any intent to prolong proceedings unduly.

There is good cause for this extension request because counsel for Defendant has workload issues that preclude filing her cross-motion by September 4, 2018. In particular,

-1-

counsel for Defendant is currently responsible for performing an extensive range of tasks, such as: drafting briefs and summary judgment motions (including five due in the next three weeks) in Social Security cases before the district courts within the Ninth Circuit, negotiating (or litigating) attorney fee matters pursuant to the Equal Access to Justice Act before the district courts within the Ninth Circuit; drafting a post-hearing brief for an arbitration proceeding involving the agency and one of the agency's collective bargaining units; and assisting with implementing the terms of the class action settlement reached in *Hart v. Berryhill* (N.D.Cal. No. 3:15-cv-623-JST). Counsel for Defendant has also been out of the office for significant portions of the month of August in order to deliver presentations to the agency's Office of Hearing Operations.

Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: <u>August 30, 2018</u>  WEEMS LAW OFFICES

By: <u>/s/ Asim H. Modi for Robert C. Weems\*</u>
ROBERT C. WEEMS
*Authorized by email on August 30, 2018*
Attorney for Plaintiff

Date: <u>August 30, 2018</u>  MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: <u>/s/ Asim H. Modi</u>
ASIM H. MODI
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

Dated: August 30, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE